185 F.2d 676
 UNITED STATES of America, Appellant,
v.
Frank WALLACE and R. M. Makemson, doing business as Wallace
and Wallace, a partnership, Appellees.
 No. 12529.
 United States Court of Appeals Ninth Circuit.
 Dec. 20, 1950.
 
 Appeal from the United States District Court for the District of Arizona, Dave W. Ling, Judge.
 H. G. Morison, Asst. Atty. Gen., Frank E. Flynn, U.S. Atty., E. R. Thurman, Asst. U.S. Atty., Phoenix, Ariz., George A. Fruit, Attorney, Dept. of Justice, Washington, D.C., (Joseph M. Friedman, Sp. Asst. to Atty. Gen., J. Gregory Bruce and John G. Roberts, Attorneys, Dept. of Justice, Washington, D.C., of counsel) for appellant.
 Evans, Hull, Kitchel & Jenckes and Norman S. Hull, all of Phoenix, Ariz., for appellee.
 Before STEPHENS and HEALY, Circuit Judges, and MATHES, District Judge.
 PER CURIAM.
 
 
 1
 The judgment of the District Court affirmed. See United States v. Pacific Fruit and Produce Co., 9 Cir., 1943, 138 F.2d 367, cf. Bolten v. General Motors Corp., 7 Cir., 1950, 180 F.2d 379.